UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

MYX FITNESS, LLC,

                     Defendant.

---------------------------------------x

Case No.: 1:21-cv-10023-JPO

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Shael Cruz hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant MYX Fitness, LLC.

DATED: May 9, 2022

**MIZRAHI KROUB LLP**

/s/ Joseph H. Mizrahi
JOSEPH H. MIZRAHI

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

So ordered.
The Clerk of Court is directed to close this case.
Dated: 5/10/2022

_____
J. PAUL OETKEN
United States District Judge